UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEGGY LEE GARDNER,

        Plaintiff,

v.                                                                                                  Case No. 11-10689
                                                                                                    Honorable Julian Abele Cook, Jr.
COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

## ORDER

This case involves a complaint by the Plaintiff, Peggy Lee Gardner, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge Grand for evaluation. In a report on August 17, 2012, Magistrate Judge Grand recommended that this Court (1) deny the Commissioner's motion for summary judgment; (2) grant Gardner's motion for summary judgment; (3) the ALJ's decisions adverse to Gardner's applications for DIB and SSI be reversed, and (4) this case be remanded for an award of benefits consistent with this Report and Recommendation. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts

the report, including the recommendations of Magistrate Judge Grand, in its entirety.

IT IS SO ORDERED.

Date: September 26, 2012                               s/Julian Abele Cook, Jr.
                                                                         JULIAN ABELE COOK, JR.
                                                                         U.S. District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 26, 2012.

                                                                         s/ Kay Doaks
                                                                         Case Manager